```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| HATBORO-HORSHAM SCHOOL DISTRICT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-2591 |
| R.C., et al. | : | |

| | | |
|---|---|---|
| R.C., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HATBORO-HORSHAM SCHOOL DISTRICT | : | NO. 24-2605 |

<u>ORDER</u>

AND NOW, this 22nd day of August, 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The motion of defendant R.C., by and through his parents, C.K. and S.C., and C.K. and S.C. in their individual capacities, for automatic injunctive relief pursuant to 20 U.S.C. § 1415(j) (Doc. # 12) is GRANTED; and

(2)  R.C. shall remain in the current educational placement at AIM Academy and the Hatboro-Horsham School District shall reimburse the parents of R.C. for R.C.'s tuition at AIM Academy during the pendency of the present judicial proceedings.

                              BY THE COURT:


                              /s/   Harvey Bartle III
                                                    J.